JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

REGINALDO ALDERETE and GRACIELA ALDERETE,

Plaintiffs,

v.

U.S. BANK, NATIONAL ASSOCIATION,

Defendant.

ED CV 25-2715 PA (BFMx)

JUDGMENT

Pursuant to the Court's February 3, 2026 Minute Order, which declined to exercise supplemental jurisdiction over the remaining state law claims asserted by plaintiffs Reginaldo Alderete and Graciela Alderete (collectively "Plaintiffs") against defendant U.S. Bank, National Association ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 3, 2026

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE